**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6399**

―――――――――

JERRY BRADLEY,

                              Petitioner - Appellant,

          versus

GEORGE HINKLE,

                              Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge; Glen E. Conrad, Magistrate Judge.  (CA-96-628-R)

―――――――――

Submitted:  August 14, 1997          Decided:  August 21, 1997

―――――――――

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Jerry Bradley, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Bradley v. Hinkle, No. CA-96-628-R (W.D. Va. Jan. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2